UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-1089

**Motion for:** Extension of Time To Respond

**Caption [use short title]**

Hinterberger, et al. v. Catholic Health System, Inc., et al.

Set forth below precise, complete statement of relief sought:

Extension Of Time To Respond To Plaintiffs-Appellants' Petition To Appeal Up To And Including May 21, 2014

**MOVING PARTY:** Catholic Health System, Inc., et al.
☐ Plaintiff   ✔ Defendant
☐ Appellant/Petitioner   ✔ Appellee/Respondent

**OPPOSING PARTY:** Gail Hinterberger, et al.

**MOVING ATTORNEY:** Todd R. Shinaman
**OPPOSING ATTORNEY:** J. Nelson Thomas
[name of attorney, with firm, address, phone number and e-mail]

Nixon Peabody LLP
1300 Clinton Square, Rochester, NY 14604
phone: (716) 853-8100, tshinaman@nixonpeabody.com

Thomas & Solomon LLP
693 East Avenue, Rochester, NY 14607
phone: (585) 272-0540, nthomas@theemploymentattorneys.com

**Court-Judge/Agency appealed from:** U.S. District Court - Western District of New York, Hon. William M. Skretny

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✔ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ✔ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ✔ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes  ☐ No
Has this relief been previously sought in this Court?   ☐ Yes  ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?   ☐ Yes  ✔ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ✔ No   If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Todd R. Shinaman   **Date:** April 15, 2014   Service by: ✔ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)