# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand and fourteen.

Before:　　Peter W. Hall,
　　　　　　　　*Circuit Judge*.

_____

Gail Hinterberger, *et al.*,

    Petitioners,

    v.　　　　　　　　　　　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　　Docket No. 14-1089

Catholic Health System, Inc., *et al.*,

    Respondents.

_____

Catherine Gordon, *et al.*,

    Petitioners,

    v.　　　　　　　　　　　　　　　　　　　　Docket No. 14-1094

Kaleida Health, *et al.*,

    Respondents.

_____

    Respondents have filed motions for an extension of time until May 21, 2014 to file responses to the Petitions for Leave to Appeal in docket nos. 14-1089 and 14-1094.

    IT IS HEREBY ORDERED that the motions are GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court