United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 04, 2014
Docket #: 14-1089mv
Short Title: Hinterberger v. Catholic Health System, Inc.

DC Docket #: 08-cv-380
DC Court: WDNY (ROCHESTER)
DC Judge: Skretny
DC Judge: Foschio

### NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for leave to appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, June 17, 2014 B PANEL.

Inquiries regarding this case may be directed to 212-857-8595 .